**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 07-** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL CREASY,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 513(a)** |
| **Defendant.** | : | |
| | : | |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE – UTTERING A FORGED SECURITY**

At all times relevant to this Information:

Between on or about July 29, 2005 to on or about January 26, 2006, in the District of Columbia, defendant MICHAEL CREASY made, uttered and possessed forged securities of a political subdivision of the District of Columbia, that is, the Advisory Neighborhood Commission for the Seventh District, with the intent to deceive that political body by issuing checks on the Advisory Neighborhood Commission account at Industrial Bank in his name and forging the name

of Dorothy Douglas, the Chairperson of the Advisory Neighborhood Commission, on each check

and presenting each check for cash.   (Uttering a Forged Security, in violation of 18 U.S.C. Section

513(a)).


JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
for the District of Columbia



By:    _____

_____PRECIOUS MURCHISON
DENISE M. CLARK
Assistant United States Attorneys
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-6080
(202) 353-8213