AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FILED
APR 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Michael Creasey

WAIVER OF INDICTMENT

CASE NUMBER: 07-87

I, _Michael Creasey_, the above named defendant, who is accused of

_Uttering a Forged Security_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _April 10, 2007_ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____