IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff; ) | |
| v. ) | Cr. No. 07-0087 (RJL) |
| MICHAEL CREASEY ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, Michael Creasey, hereby respectfully moves this Honorable Court to continue the sentencing hearing currently scheduled for July 6, 2007 at 2:00 p.m. In support of his motion, Mr. Creasey states the following:

On April 10, 2007, Mr. Creasey pled guilty to a one-count information in accordance with a written plea agreement. Mr. Creasey was referred to the Probation Office and a sentencing date of July 6, 2007 was set.

Undersigned counsel is scheduled to begin a lengthy trial before Judge Lamberth on May 30, 2007. It is counsel's understanding, in light of the number of witnesses the government intends to call and the fact that interpreting services will be required, that the trial will still be ongoing during the first weeks of July.

In addition, counsel has learned from the Probation Officer responsible for interviewing Mr. Creasey that, because of mental health issues for which Mr. Creasey is receiving treatment, she has been unable to conduct the interview thus far. Counsel's understanding, from speaking

both with the Probation Officer and Mr. Creasey, is that Mr. Creasey is currently receiving inpatient mental health treatment at Veterans' Affairs facilities.

In light of counsel's trial schedule, as well as the fact that Mr. Creasey's Presentence Investigation Report will not be prepared by the date of disclosure, counsel asks this Court to continue sentencing for approximately one month.[1] Counsel has spoken with counsel for the government and the latter has no opposition to this motion.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____
LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500

---

[1] Counsel is scheduled to be out of the office from July 25th through August 8th and begins another six-week trial on August 20th.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff; | ) ) ) | |
| v. | ) ) | Cr. No. 07-0087 (RJL) |
| MICHAEL CREASEY | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing, it is by the Court hereby

ORDERED that the motion is GRANTED, that the sentencing date of July 6, 2007 is VACATED and that a sentencing hearing is scheduled for _____ .

SO ORDERED.

_____         _____
DATE                                             THE HONORABLE RICHARD J. LEON
                                                 U.S. DISTRICT JUDGE