IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff; ) | |
| v. ) | Cr. No. 07-0087 (RJL) |
| MICHAEL CREASEY ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO ENLARGE TIME AND CONTINUE SENTENCING**

Defendant, Michael Creasey, hereby respectfully moves this Honorable Court to enlarge the time in which his sentencing memorandum must be filed and continue the sentencing hearing currently scheduled for July 6. In support of his motion, Mr.; Creasey submits the following:

Counsel is in the fourth week of a trial before Judge Lamberth. At the time the sentencing date was set, counsel believed the trial would be over but it is now her understanding that the trial will continue through the week of July 2.

Wherefore, counsel requests an enlargement of time in which to file her sentencing memorandum and a continuance of the sentencing hearing. Counsel is available the week of July 9th and the week of July 16th. Counsel will be out of the country between July 26 and August 8 and counsel commences another five-week trial on August 20, 2007.

Respectfully submitted,

A.J. KRAMER

Federal Public Defender

_____
LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC 20004
(202) 208-7500

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff; | ) | |
| v. | ) | Cr. No. 07-0087 (RJL) |
| MICHAEL CREASEY | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant's Motion to Enlarge Time and Continue Sentencing, it is by the Court hereby

ORDERED that the motion is GRANTED, that the sentencing memorandum is due on _____, and that a sentencing hearing is scheduled for _____.

SO ORDERED.

_____     _____
DATE                         THE HONORABLE RICHARD J. LEON
                             U.S. DISTRICT JUDGE