UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Criminal Case No. 07-087 (RJL) |
| MICHAEL CREASEY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

It is this 13th day of July, 2007, hereby

**ORDERED** that the bond for defendant Michael Creasey by revoked, and it is further

**ORDERED** that defendant Creasey by remanded to the custody of the U.S. Marshall Service pending a hearing on Monday, July 16, 2007, at 3:00 pm.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge