UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. **Michael David Creasey**                                Docket No.: **07-087 (RJL)**

REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that a WARRANT be issued for the arrest of Michael David Creasey.

**FILED**

JUL 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER OF COURT

Considered and ordered this ___13th___ day of __July__, 2007.

_____
Richard J. Leon
United States District Judge