**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | CR. NO.  07-087 (RJL) |
| MICHAEL CREASEY, | : | |
| Defendant. | : | |

**DEFENDANT MICHAEL CREASEY'S NOTICE OF FILING**

Defendant, Michael Creasey, through undersigned counsel, respectfully submits this

Notice of Filing.  At a status conference held in open Court on July 27, 2007, the Court ordered

that the psychiatric staff from St. Elizabeth's Hospital examine Mr. Creasey and issue a report to

the Court.  Pretrial Services has informed undersigned counsel that the ordered procedure

requires that the Court enter the attached Order.  Accordingly, defense counsel is respectfully

submitting the attached Order for the Court's signature.


Respectfully submitted,


_____/s/_____
Jonathan S. Jeffress, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202) 208-7500
(202) 208-7515 (fax)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **v.** | : | **CR. NO.  07-087 (RJL)** |
| **MICHAEL CREASEY,** | : | |
| **Defendant.** | : | |

**ORDER**

At a status conference held in open court on July 27, 2007, the parties requested, and the

Court ordered, a screening examination of the mental competency of Defendant under D.C. Code

§ 24-531.  Accordingly, it is hereby

**ORDERED** that Defendant shall be examined by the psychiatric staff affiliated with

St. Elizabeth's Hospital, afer such examination, a report shall be submitted to this Court pursuant

to D.C. Code § 24-531.03(c)(3).  The report shall indicate whether Defendant is competent,

incompetent, or whether further evaluation is needed.  The report shall answer the following

questions:

> (1) Is Defendant presently mentally competent to understand the
> proceedings against him and to properly assist in the preparation of his
> defense?

> (2) If the answer to the preceding question is negative, does the examining
> psychiatrist believe Defendant should be transferred to a mental hospital
> for further examination and treatment?

**SO ORDERED**.

DATE:                    , 2007

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE