UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,    :

      v.    :    CR. NO. 07-087 (RJL)

MICHAEL CREASEY,    :

    Defendant.    :

### ORDER

At a status conference held in open court on July 27, 2007, the parties requested, and the Court ordered, a screening examination of the mental competency of Defendant under D.C. Code § 24-531. Accordingly, it is hereby

**ORDERED** that Defendant shall be examined by the psychiatric staff affiliated with St. Elizabeth's Hospital, afer such examination, a report shall be submitted to this Court pursuant to D.C. Code § 24-531.03(c)(3). The report shall indicate whether Defendant is competent, incompetent, or whether further evaluation is needed. The report shall answer the following questions:

> (1) Is Defendant presently mentally competent to understand the proceedings against him and to properly assist in the preparation of his defense?
>
> (2) If the answer to the preceding question is negative, does the examining psychiatrist believe Defendant should be transferred to a mental hospital for further examination and treatment?

**SO ORDERED**.

DATE: 7/30, 2007

RICHARD J. LEON
UNITED STATES DISTRICT JUDGE