UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-087 (RJL) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL CREASEY, | : | SENTENCING: 8/31/07 |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE
GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court pursuant to Fed. R. Crim. P. 45(b)(1)(B) for an enlargement of time in which to file its memorandum in aid of sentencing, time for filing having expired. As grounds for this motion, the government states as follows:

1. On July 23, 2007, the parties appeared before the Court for a status hearing following revocation of the defendant's bond. The Court scheduled a sentencing date and directed the parties to file sentencing memoranda no later than August 24, 2007. Sentencing is currently scheduled for Friday, August 31, 2007 at noon.

2. Due to the press of other obligations, including administrative responsibilities and counsel's trial and court schedule, undersigned counsel was unable to prepare the government's sentencing memorandum by August 24, 2007. Before close of business on August 24, 2007, undersigned counsel attempted to file a motion for enlargement of time, pursuant to Fed. R. Crim. P. 45(b)(1)(A); however, undersigned counsel experienced a computer-related problem and was unable to draft and file said motion.

3. Undersigned counsel has informed counsel for the Defendant that the government anticipates filing a sentencing memorandum, and has briefly discussed with defense counsel the

objection to the PreSentence Investigation Report that government counsel has noted. The government's memorandum in aid of sentencing can be filed no later than August 27, 2007, one business day after it was originally due. Accordingly, the Defendant would not be prejudiced by the Government's late filing its sentencing memorandum in this case.

4. Undersigned counsel is authorized to represent that defense counsel, Lara G. Quint, Esquire, does not oppose this motion.

WHEREFORE, for the reasons stated above, the United States respectfully requests that the Government's Motion for Enlargement of Time be granted and that the Court permit the Government to file its memorandum in aid of sentencing by close of business on August 27, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

        /s/
PRECIOUS MURCHISON
Assistant United States Attorney
Maryland Bar
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-6080
Precious.Murchison@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-087 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL CREASEY,** | : | **SENTENCING: 8/31/07** |
| | : | |
| **Defendant.** | : | |

### ORDER

UPON CONSIDERATION of the Government's Unopposed Motion for Enlargement of Time to File Government's Memorandum in Aid of Sentencing, Time for Filing Having Expired, and the record herein, the Court finding that the government's failure to file its memorandum in aid of sentencing within the time period directed by the Court was because of excusable neglect on the part of the Government, for the reasons set forth in the Government's motion, and for good cause shown, it is

ORDERED, that the Government's Motion is granted, and it is

FURTHER ORDERED, that the Government's memorandum in aid of sentencing be filed before close of business on August 27, 2007.

_____            _____
DATE                                          RICHARD J. LEON
                                              UNITED STATES DISTRICT JUDGE