HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-87</u> |
|---|---|---|
| vs. | : | SSN: _____ |
| CREASEY, Michael | : | Disclosure Date: <u>July 13, 2007</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
   (X)  There are no material/factual inaccuracies therein.
   ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____           7/27/07
**Prosecuting Attorney**                         Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
   ( )  There are no material/factual inaccuracies therein.
   ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____           _____
**Defendant**             Date          **Defense Counsel**             Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>July 27, 2007</u>, to U.S. Probation Officer <u>Kelli Cave</u>, telephone number <u>(202) 565-1357</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer